## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

ROBERT HARVIE PAYNE
_[Enter the full name of the plaintiff in this action]_
PLAINTIFF

v.

LINDA LOMBARD,
AL CANNON , AND
CHARLESTON COUNTY
DEFENDANTS.

_Enter above the full name of defendant(s) in this action_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____
(to be assigned by Clerk)

2011 JUN 16 P 1:40

COMPLAINT
State Prisoner

EXCESSIVE BAIL
DENIAL OF PRE-LIMINARY
HEARING, LACK OF
JURISDICTION, UNLAWFUL
IMPRISONMENT &
HABEAS CORPUS

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?        Yes _____        No _X_

B.    If your answer to A is Yes, describe the lawsuit in the space below.  If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

  1.    Parties to this previous lawsuit:

        Plaintiff: _____

        Defendant(s): _____

  2.    Court: _____
               _(If federal court, name the district; if state court, name the county)_

  3.    Docket Number: _____

  4.    Name(s) of Judge(s) to whom case was assigned: _____

  5.    Disposition: _____
               _(For example, was the case dismissed?  Appealed?  Pending?)_

  6.    Approximate date of filing lawsuit: _____

  7.    Approximate date of disposition: _____

Complaint - State Prisoner
Revised October 3, 2007

II.  PLACE OF PRESENT CONFINEMENT

A.  Name of Prison/Jail/Institution: CHARLESTON COUNTY DETENTION CTR

B.  What are the issues that you are attempting to litigate in the above-captioned case? EXCESSIVE BAIL, DENIAL OF PRE-LIMINARY HEARING, LACK OF JURISDICTION HABEAS CORPUS

C.  (1)  Is there a prisoner grievance procedure in this institution?  Yes  X    No _____

(2)  Did you file a grievance concerning the claims you are raising in this matter?  Yes  X    No _____

When 5 JUNE 11 _____  Grievance Number (if available) _____

D.  Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?  Yes  X    No _____

E.  When was the final agency/departmental/institutional answer or determination received by you? 9 JUNE 11

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F.  If there are no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?  Yes _____  No _____

G.  If your answer is YES:

1.  What steps did you take? _____

2.  What was the result? _____

III.  PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A.  Name of Plaintiff: ROBERT PAYNE _____  Inmate No.: 2098

Address: 3841 LEEDS AVE, NCHAS, SC 29405

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.  Name of Defendant: LINDA LOMBARD _____  Position: BOND HEARING MAGISTRATE

Place of Employment: CHARLESTON COUNTY

C.  Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

AL CANNON - SHERIFF AND HEAD OF CHAS. CO. DET. CTR.

CHARLESTON COUNTY - BOSS OF AL CANNON + LINDA LOMBARD

_____

Complaint - State Prisoner
Revised October 3, 2007

IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

(1) EXCESSIVE BAIL: BOND HEARING MAGISTRATE LINDA LOMBARD HELD A BOND HEARING ON 30 June 11 VIA VIDEO CONFERECE. LOMBARD ~~XXXX~~ DID NOT DETERMINE THAT RELEASE OF PLAINTIFF ON RECOGNIZANCE WOULD NOT REASONABLY ASSURE PLAINTIFFS APPEARANCE AS REQUIRED. LOMBARD DID NOT DETERMINE THAT RELEASE OF PLAINTIFF ON RECOGNIZANCE WOULD RESULT IN AN UNREASONABLE DANGER TO THE COMMUNITY. LOMBARD VIOLATED THE STATE COURT ADMINISTRATION'S OWN ORDER WHICH SPECIFICALLY DIRECTS HER TO RELEASE ARRESTEES ON PERSONAL RECOGNIZANCE WITHOUT SURETY UNLESS SHE FIRST DETERMINES A "FLIGHT" OR "DANGER". LOMBARD FAILED MISERABLY ON ALL THREE ISSUES. LOMBARD SET A CASH BOND OF $351,212.00

(2) LACK OF JURISDICTION: THE COURT LACKED JURISDICTION TO EVEN CONSIDER THIS ISSUE BECAUSE THE CHARGING DOCUMENTS FAILED TO STATE ALL THE ELEMENTS OF THE CRIME.

(3) DENIAL OF PRELIMINARY HEARING: STATE LAW REQUIRES A PRELIMINARY HEARING WITHIN 10 DAYS OF REQUEST. MORE THAN 10 DAYS HAS ELAPSED AND PLAINTIFF STILL HAS NOT BE GIVEN HIS PRELIM. HRG.

Complaint - State Prisoner
Revised October 3, 2007

IV.    STATEMENT OF CLAIM - continued.

④ HABEAS CORPUS: PLAINTIFF IS BEING
HELD ILLEGALLY BY EXCESSIVE BAIL,
LACK OF JURISDICTION AND DENIAL OF
PRELIMINARY HEARING. THIS IMPRISONMENT
IS UNLAWFUL.

Complaint - State Prisoner
Revised October 3, 2007

V.   RELIEF

*State briefly and exactly what you want the court to do for you.* ORDER DEFENDANTS TO

① RELEASE PLAINTIFF IMMEDIATELY ON PERSONAL RECOGNIZANCE WITHOUT SURETY. FINE DEFENDANTS $10,000.00 PER DAY OF EXCESSIVE BAIL AS ACTUAL DAMAGES AND $100,000.00 PER DAY AS PUNITIVE DAMAGES. AWARD DAMAGES TO PLAINTIFF

② DISMISS ALL CHARGES AGAINST PLAINTIFF FOR LACK OF JURISDICTION.

③ ORDER AN IMMEDIATE PRELIMINARY HEARING ON ANY CHARGES NOT DISMISSED. FINE DEFENDANTS (AND PAY TO PLAINTIFF) ACTUAL DAMAGES OF $25,000.00 PER DAY PASSED THE 10th DAY DEADLINE AND PUNITIVE DAMAGES AND AWARD DAMAGES TO PLAINTIFF.

④ HABEAS CORPUS: ORDER PLAINTIFF RELEASED FROM ILLEGAL INCARCERATION. IMMEDIATELY.

⑤ DECLATORY JUDGEMENT THAT BAIL WAS EXCESSIVE, AND THAT INCARCERATION WAS ILLEGAL, AND UNLAWFUL

⑥ ACTUAL + PUNITIVE DAMAGES FOR LONG STANDING PRACTICE OF UNLAWFUL IMPRISONMENT,

⑦ JURY TRIAL REQUESTED.

**I declare under penalty of perjury that the foregoing is true and correct.** AS THIS COURT SEES FIT

*Signed this* __10__ *day of* __JUNE__ , 20 __11__ .

Robert Payne

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007